1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

JOSEPH RAIOLA,                              )
                                            )          Case No. 2:14-cv-01008-JCM-NJK
                          Plaintiff(s),     )
                                            )          ORDER
vs.                                         )
                                            )
WERNER CO., et al.,                         )
                                            )
                          Defendant(s).     )
_____)

     Pending before the Court is a notice of settlement.   Docket No. 20.   The Court hereby **VACATES** all current deadlines.   The Court further **ORDERS** the parties to file their stipulation of dismissal no later than September 1, 2015.

     IT IS SO ORDERED.

     Dated: July 21, 2015

_____
NANCY J. KOPPE
United States Magistrate Judge