1    BRUCE SCOTT DICKINSON, ESQ.
Nevada Bar No. 002297
2    MICHAEL HOTTMAN, ESQ.
Nevada Bar No. 008501
3    **STEPHENSON & DICKINSON, P.C.**
2820 West Charleston Boulevard, Suite B-19
4    Las Vegas, Nevada 89102
Telephone: (702) 474-7229
5    Facsimile: (702) 474-7237
*email: admin@sdlawoffice.net*
6

7

8    Attorneys for Defendants

9

10                 **UNITED STATES DISTRICT COURT**

11                     **DISTRICT OF NEVADA**

12

| | |
|---|---|
| JOSEPH RAIOLA, | CASE NO.: 2:14-cv-01008-JCM-NJK |
|             Plaintiff, | |
| vs. | |
| WERNER CO. dba NEW WERNER CO,; HOME DEPOT USA, INC. dba THE HOME DEPOT; DOES 1 through 20; DOE EMPLOYEES 1 through 20; DOE MANUFACTURERS 1 through 20; ROE CORPORATIONS 1 through 20. | **STIPULATION REGARDING STATUS OF FILING STIPULATION AND ORDER OF DISMISSAL** |
|             Defendants. | |

       On July 20, 2015 the parties filed a Notice of change of Status which stated that the Stipulation and Order for Dismissal could be filed on or before September 1, 2015.

       The parties respectfully request that the Court grant them additional time to and until October 2, 2015 to submit the Stipulation and Order for Dismissal to the Court. The reason additional time is needed is as follows:

1. Medicare has not responded to Mr. Raiola's request for a final lien amount and/or waiver of its lien, which is needed by all parties in order to complete and finalize the resolution of this case.

Dated this 25 day of AUG , 2015.

BRUCE SCOTT DICKINSON, ESQ.
Nevada Bar No.: 002297
MICHAEL E. HOTTMAN, ESQ.
Nevada Bar No.: 008501
STEPHENSON & DICKINSON
2820 West Charleston Blvd., Suite B-19
Las Vegas, NV 89102
(702) 474-7229
*Attorney for Defendants*

Dated this 25 day of August , 2015.

TRACY A. EGLET, ESQ.
Nevada Bar No.: 006419
EGLET PRINCE
400 S. Seventh St., 4th Floor
Las Vegas, NV 89101
T: 702-450-5400
F: 702-450-5451
*Attorneys for Plaintiff*

IT IS SO ORDERED.
Dated: August 27, 2015

United States Magistrate Judge