BRUCE SCOTT DICKINSON, ESQ.
Nevada Bar No. 002297
MICHAEL HOTTMAN, ESQ.
Nevada Bar No. 008501
JACQUELYN M. FRANCO, ESQ.
Nevada Bar No. 13484
**STEPHENSON & DICKINSON, P.C.**
2820 West Charleston Boulevard, Suite B-19
Las Vegas, Nevada 89102
Telephone: (702) 474-7229
Facsimile: (702) 474-7237
email: admin@sdlawoffice.net

Attorneys for Defendants

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JOSEPH RAIOLA, | CASE NO.: 2:14-cv-01008-JCM-NJK |
| Plaintiff, | |
| vs. | |
| WERNER CO. dba NEW WERNER CO,; HOME DEPOT USA, INC. dba THE HOME DEPOT; DOES 1 through 20; DOE EMPLOYEES 1 through 20; DOE MANUFACTURERS 1 through 20; ROE CORPORATIONS 1 through 20. | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff, JOSEPH RAIOLA, and Defendants, WERNER CO. dba NEW WERNER CO.; HOME DEPOT USA, INC. dba THE HOME DEPOT, by and through their respective attorneys of record, that the above-entitled

...

...

...

1

1 action be dismissed with prejudice. Each party to bear their own costs and fees.

3 Dated this ___1___ day of __OCT__, 2015    Dated this ___1st___ day of __October__, 2015

STEPHENSON & DICKINSON                       EGLET PRINCE

By: _____                  By: _____
BRUCE SCOTT DICKINSON, ESQ.                  TRACY A. EGLET, ESQ.
Nevada Bar No.: 002297                        Nevada Bar No.: 006419
MICHAEL E. HOTTMAN, ESQ.                     400 S. Seventh St., Box 1, Suite 400
Nevada Bar No.: 008501                        Las Vegas, NV 89101
JACQUELYN M. FRANCO, ESQ.                    T: 702-450-5400
Nevada Bar No. 13484                          F: 702-450-5451
2820 West Charleston Blvd., Suite B-19        *Attorneys for Plaintiff*
Las Vegas, NV 89102
P: 702- 474-7229
F: 702-474-7237
*Attorneys for Defendants*

## ORDER

**IT IS SO ORDERED** October 6, 2015.

_____
**UNITED STATES DISTRICT COURT JUDGE**

2